**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter   __11__

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Hy-Tech Plumbing Contractors, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | _7_ _6_ – _0_ _1_ _6_ _3_ _7_ _6_ _5_ |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3614 Hirschfield Rd**<br>Number   Street | _____<br>Number   Street |
| _____ | P.O. Box |
| **Spring**          **TX**   **77373**<br>City          State   ZIP Code | _____<br>City          State   ZIP Code |
| **Harris**<br>County | **Location of principal assets, if different from principal place of business** |
| | _____<br>Number   Street |
| | _____<br>City          State   ZIP Code |

5. **Debtor's website (URL)**          _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Hy-Tech Plumbing Contractors, Inc.**  _____  Case number (if known) _____

| | |
|---|---|
| **7. Describe debtor's business** | *A. Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

| | |
|---|---|
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11.   *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | |
|---|---|
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**  If more than 2 cases, attach a separate list. | ☒ No |

☐ Yes. District _____  When _____  Case number _____
                                           MM / DD / YYYY
         District _____  When _____  Case number _____
                                           MM / DD / YYYY
         District _____  When _____  Case number _____
                                           MM / DD / YYYY

Debtor **Hy-Tech Plumbing Contractors, Inc.** _____   Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____   Relationship _____

District _____   When _____
MM / DD / YYYY

Case number, if known _____

Debtor _____   Relationship _____

District _____   When _____
MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in _this district?_**

_Check all that apply:_

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**   _(Check all that apply.)_

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number      Street

_____

_____
City                          State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

_Check one:_

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **Hy-Tech Plumbing Contractors, Inc.**                                Case number (if known) _____

| | | | | | | |
|---|---|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **15.** | **Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☒ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| | | | | | | |
|---|---|---|---|---|---|---|
| **16.** | **Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.  Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/11/2019**
MM / DD / YYYY

X **/s/ Roy Harvey**                                **Roy Harvey**
Signature of authorized representative of debtor         Printed name

Title **President**

**18.  Signature of attorney**

X **/s/ Julie M. Koenig**                        Date **02/11/2019**
Signature of attorney for debtor                            MM / DD / YYYY

**Julie M. Koenig**
Printed name

**Cooper & Scully, P.C.**
Firm name

**815 Walker St., Suite 1040**
Number        Street

**Houston**                        **TX**        **77002**
City                            State        ZIP Code

**(713) 236-6800**                    **julie.koenig@cooperscully.com**
Contact phone                        Email address

**14217300**
Bar number                        State

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case</strong></td></tr>
</table>

Debtor name  **Hy-Tech Plumbing Contractors, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property               12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of
   debtor's interest**

2. **Cash on hand**                                                                                              **$100.00**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Checking account- Amegy Bank | Checking account | 2 5 0 3 | $12,069.24 |
| 3.2. | Checking account- Amegy Bank | Checking account | 1 6 2 4 | $106.63 |

4. **Other cash equivalents**     *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.               **$12,275.87**

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

Debtor   **Hy-Tech Plumbing Contractors, Inc.**                                    Case number (if known) _____
Name

**Current value of debtor's interest**

**7.   Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.   Total of Part 2.**                                                                                          **$0.00**
Add lines 7 through 8. Copy the total to line 81.

## Part 3:  Accounts receivable

**10.   Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**11.   Accounts receivable**

11a. 90 days old or less:      **$20,537.35**    –    **$0.00**         = ··············→      **$20,537.35**
                                          face amount            doubtful or uncollectible accounts

11b. Over 90 days old:         **$25,851.02**    –    **$0.00**         = ··············→      **$25,851.02**
                                          face amount            doubtful or uncollectible accounts

**12.  Total of Part 3**                                                                                          **$46,388.37**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4:  Investments

**13.   Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

**Valuation method used for current value**     **Current value of debtor's interest**

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                              % of ownership:

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.  Total of Part 4**                                                                                          **$0.00**
Add lines 14 through 16. Copy the total to line 83.

## Part 5:  Inventory, excluding agriculture assets

**18.   Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

Debtor   **Hy-Tech Plumbing Contractors, Inc.**                        Case number (if known) _____
         Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| Finished goods | | | | **$8,000.00** |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

| | **$8,000.00** |
|---|---|

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

| | **$0.00** |
|---|---|

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
            ☐ No
            ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

Debtor  **Hy-Tech Plumbing Contractors, Inc.**                     Case number (if known) _____
           Name

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

---

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 3 Wooden Desks | | | $900.00 |
| 2 Particle Board Desks | | | $200.00 |
| 5 Office Chairs | | | $750.00 |
| 5 Guest Chairs | | | $425.00 |
| 6 4-Drawer File Cabinets | | | $900.00 |
| 3 2-Drawer File Cabinets | | | $600.00 |
| 1 Kitchen Table with 4 Chairs | | | $50.00 |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 3 Printers | | | $592.00 |
| 1 Printer/Copier | | | $179.00 |
| 1 Laptop | | | $349.00 |
| 6 Office Phones | | | $210.00 |

42. **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.                                    | $5,155.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 8:   Machinery, equipment, and vehicles**

---

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

Debtor   **Hy-Tech Plumbing Contractors, Inc.** _____   Case number (if known) _____
Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2003 Silverado 2500 PK Crew 4x2**<br>**VIN# 1GCHC23U33F180130** | | | **$1,625.00** |
| 47.2. **1993 TR Generic Unknown Trailer**<br>**VIN# 1DS0000BXN17J0988** | | | **$750.00** |
| 47.3. **2009 Chevrolet Express G2500 Cargo Van**<br>**VIN# 1GCGG25C591129707** | | | **$4,250.00** |
| 47.4. **2012 Ford F-250 Supercrew 4x2**<br>**VIN# 1FT7X2A63CEB45730** | | | **$7,825.00** |
| 47.5. **2008 Chevrolet Express G2500 Cargo Van**<br>**VIN# 1GCGG29K681214412** | | | **$4,250.00** |
| 47.6. **2008 GMC Sierra 2500 EXT 4/2 PK**<br>**VIN# 1GTHC29K68E207419** | | | **$6,500.00** |
| 47.7. **2009 Chevrolet Express G1500**<br>**VIN# 1GCFG15X791106339** | | | **$6,700.00** |
| 47.8. **2006 Chevrolet Express G2500**<br>**VIN# 1GCGG25V861179921** | | | **$4,775.00** |
| 47.9. **2003 Ford F150**<br>**VIN# 1FTRF18283NB93961** | | | **$1,800.00** |
| 47.10. **2017 Dodge Ram 1500**<br>**VIN# 3C6RR6LT6HG658913** | | | **$25,450.00** |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

| | | | |
|---|---|---|---|
| **1994 Ditch Witch**<br>**Serial #3L0301** | | | **$2,250.00** |
| **2016 John Deere Compact Excavator**<br>**Model# 17GX**<br>**ID: 1FF017GXHFK225532** | | | **$22,500.00** |
| **Ditch Witch 3610 Trencher** | | | **$6,800.00** |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| **$95,475.00** |
|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor   **Hy-Tech Plumbing Contractors, Inc.**                    Case number (if known) _____
         Name

## Part 9:   Real property

54.  **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | | | | |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.   **$0.00**

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:   Intangibles and Intellectual Property

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| hy-tech-plumbing-contractors.business.site | | | $0.00 |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**

Add lines 60 through 65.  Copy the total to line 89.   **$0.00**

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☑ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor **Hy-Tech Plumbing Contractors, Inc.** _____   Case number (if known) _____
Name

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☑ Yes.  Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

| | |
|---|---|
| **Westchester Surplus Lines Insurance Company- Property Insurance** | $0.00 |
| **Farmers Insurance- Business Auto Insurance** | $0.00 |
| **Farmers Insurance- Workers' Compensation** | $0.00 |
| **Starstone Insurance- Equipment** | $0.00 |
| **Capital Premium Insurance** | $0.00 |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.

    $0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor    **Hy-Tech Plumbing Contractors, Inc.**                    Case number (if known) _____
          Name

**Part 12:   Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $12,275.87 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $46,388.37 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $8,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,155.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $95,475.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................... ➜ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $167,294.24 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ........................................................................... $167,294.24

02/11/2019 10:47:00am

---

**Fill in this information to identify the case:**

Debtor name **Hy-Tech Plumbing Contractors, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

---

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

---

| **Part 1:** | **List Creditors Who Have Secured Claims** |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is | | |
|---|---|---|---|
| **Ally Financial** | subject to a lien | **$0.00** | **$25,450.00** |

Creditor's mailing address
**PO Box 380902**

**Describe debtor's property that is subject to a lien**
**2017 Dodge Ram 1500**

**Describe the lien**
**Auto**

**Bloomington        MN   55438-0902**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred _____

Last 4 digits of account
number       **0   8   3   8**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.

   **1) Ally Financial; 2) Amegy Bank.**

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**            **$31,117.03**

| Debtor | **Hy-Tech Plumbing Contractors, Inc.** | | Case number (if known) | |

| **Part 1:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | | | | Column A | Column B |
| | | | | **Amount of claim** | **Value of collateral** |
| | | | | Do not deduct the | **that supports** |
| | | | | value of collateral. | **this claim** |

**2.2**

| Creditor's name | Describe debtor's property that is | | |
| **Amegy Bank** | **subject to a lien** | $16,990.67 | $167,294.24 |

Creditor's mailing address
**P.O. Box 27459**

**Business Assets**

Describe the lien

**Loan**

**Houston          TX     77227-7459**

Creditor's email address, if known

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Date debt was incurred

**Is anyone else liable on this claim?**

☑ No

Last 4 digits of account
number                    **2   2   7   4**

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in
the same property?**

☐ Contingent

☐ No

☐ Unliquidated

☑ Yes.  Have you already specified the
      relative priority?

☐ Disputed

     ☑ No.  Specify each creditor, including this
          creditor, and its relative priority.

**For Cash on Hand: 1) Amegy
Bank.  For Checking account-
Amegy Bank: 1) Amegy Bank.
For Checking account- Amegy
Bank: 1) Amegy Bank.  For 21303
Cypress Carlet Oaks: 1) Amegy
Bank.  For 7602 Kalebs Pond: 1)
Amegy Bank.  For Chemar
Homes, Ltd.: 1) Amegy Bank.  For
Courtyard Builders: 1) Amegy
Bank.  For Darling: 1) Amegy
Bank.  For Design Tech: 1)
Amegy Bank.  For Founders
Baptist Church: 1) Amegy Bank.
For Goodrich Builders, Inc: 1)
Amegy Bank.  For Janice
Brumbaugh: 1) Amegy Bank.  For
Josh Passman: 1) Amegy Bank.
For K. Hovnanian Homes: 1)
Amegy Bank.  For Matt O'Connor:
1) Amegy Bank.  For Matt
Powers Homes: 1) Amegy Bank.
For Pelican Builders, Inc: 1)
Amegy Bank.  For Susan
Whitney: 1) Amegy Bank.  For
Finished goods: 1) Amegy Bank.
For 1 Kitchen Table with 4
Chairs: 1) Amegy Bank.  For 2
Particle Board Desks: 1) Amegy
Bank.  For 3 2-Drawer File
Cabinets: 1) Amegy Bank.  For 3
Wooden Desks: 1) Amegy Bank.
For 5 Guest Chairs: 1) Amegy
Bank.  For 5 Office Chairs: 1)**

Laptop: 1) Amegy Bank.  For 1
**Printer/Copier: 1) Amegy Bank.**

Debtor  **Hy-Tech Plumbing Contractors, Inc.**                                    Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  |  |  |
|---|---|---|
|  |  | **Column A**<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports**<br>**this claim** |

**2.3**  **Creditor's name**
JOHN DEERE CREDIT

**Creditor's mailing address**
PO BOX 6600

_____

Johnson              IA     50131-6600

**Creditor's email address, if known**

_____

**Date debt was incurred**       _____

**Last 4 digits of account
number**               1 _ 1 _ 1 _ 5

**Do multiple creditors have an interest in
the same property?**

☐ No

☑ Yes.  Have you already specified the
     relative priority?

   ☐  No.  Specify each creditor, including this
      creditor, and its relative priority.

   ☑  Yes.  The relative priority of creditors is
      specified on lines  **2.2** _____

**Describe debtor's property that is
subject to a lien**

Mini Excavator

**Describe the lien**

RETAIL INSTALLMENT CONTRACT

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$14,126.36**     Column B: **$22,500.00**

**Fill in this information to identify the case:**

Debtor          **Hy-Tech Plumbing Contractors, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**  **Priority creditor's name and mailing address**

**Internal Revenue Service**

**1919 Smith St.**

**Stop 5024 HOU**

**Houston**                   **TX      77002**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( __8__ )

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$0.00**   Priority amount: **$0.00**

**2.2**  **Priority creditor's name and mailing address**

**Internal Revenue Service**

**Insolvency Department**

**PO Box 7346**

**Philadelphia**              **PA      19101-7346**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)( __8__ )

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$0.00**   Priority amount: **$0.00**

Debtor    **Hy-Tech Plumbing Contractors, Inc.**    Case number (if known) _____

| Part 1: | Additional Page |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|
|  | $0.00 | $0.00 |

**2.3**    Priority creditor's name and mailing address

**Internal Revenue Service**

**STOP 6692 AUSC**

_____

_____

**Austin                      TX        73301-0030**

**Date or dates debt was incurred**

_____

**Last 4 digits of account
number**        ___  ___  ___  ___

**Specify Code subsection of PRIORITY unsecured
claim:**   11 U.S.C. § 507(a)(     **8**     )

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Taxes** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Hy-Tech Plumbing Contractors, Inc.** _____   Case number (if known) _____

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|   | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $14,500.00 |
|---|---|---|---|

**Capital One**

**PO Box 60599**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**City of Industry**          **CA**      **91716**          **Business Account**

Date or dates debt was incurred          **Is the claim subject to offset?**

Last 4 digits of account number      **9   7   2   5**      ☑ No
                                      ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $49,334.50 |
|---|---|---|---|

**Capital Premium**

**PO Box 660899**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas**          **TX**      **75266**          **Insurance**

Date or dates debt was incurred          **Is the claim subject to offset?**

Last 4 digits of account number      **8   9   9   9**      ☑ No
                                      ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $13,239.87 |
|---|---|---|---|

**Chase**

**PO Box 15298**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Wilmington**          **DE**      **19850-5918**          **Business Account**

Date or dates debt was incurred          **Is the claim subject to offset?**

Last 4 digits of account number      **4   5   4   7**      ☑ No
                                      ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $4,963.99 |
|---|---|---|---|

**Coburn's Supply Company, Inc**

**PO Box 99001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Denham Springs**          **LA**      **70727-9001**          **Business Account**

Date or dates debt was incurred          **Is the claim subject to offset?**

Last 4 digits of account number      **2   0   2   5**      ☑ No
                                      ☐ Yes

Debtor   **Hy-Tech Plumbing Contractors, Inc.**    Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$6,916.91** |
|---|---|---|---|

Ferguson

21250 Foster Rd

Spring, TX

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Business Account

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| **3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$123,063.22** |
|---|---|---|---|

Hajoca

100 Northpark Central

Suite 500

Houston          TX     77073-6138

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Business Account

Date or dates debt was incurred  _____

Last 4 digits of account number   5   7   0   7

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| **3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$27,249.25** |
|---|---|---|---|

Moore Supply Co

300 North Loop 336 West

Conroe           TX     77301

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Business Account

Date or dates debt was incurred

Last 4 digits of account number   5   4   6   2

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| **3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$34,588.79** |
|---|---|---|---|

Morrison Supply Company

516 South Main Street

Conroe           TX     77301-3556

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Business Account

Date or dates debt was incurred

Last 4 digits of account number   2   4   7   3

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor   **Hy-Tech Plumbing Contractors, Inc.**                               Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$127,547.09

**Northside Plumbing Supply, Inc**

**9605 Kirkton Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Houston** | **TX** | **77095** |

**Basis for the claim:**
**Business Account**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number   **4   0   1   0**

☑ No
☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$7,917.64

**Royal Baths Manufacturing Co.**

**14635 Chrisman Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Houston** | **TX** | **77039** |

**Basis for the claim:**
**Business Account**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number   **2   6   5   1**

☑ No
☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$215,635.02

**Texas Plumbing Supply**

**14025 FM 529**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Houston** | **TX** | **77041** |

**Basis for the claim:**
**Business Account**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number   **2   5   0   9**

☑ No
☐ Yes

Debtor   **Hy-Tech Plumbing Contractors, Inc.**                              Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be
      listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1   **ATTORNEY GENERAL**<br>**TAX DIV. - BANKRUPTCY**<br>**POB 12548**<br><br>**AUSTIN          TX      78711** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.2   **Attorney General**<br>**Department of Justice**<br>**10th and Constitution Ave N.W.**<br>**Rm. 400**<br>**Washington          DC      20530** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.3   **Coats Rose**<br>**9 Greenway, Sutie 1100**<br><br>**Houston          TX      77046-0307** | Line   **3.7**<br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.4   **Coats Rose**<br>**9 Greenway, Sutie 1100**<br><br>**Houston          TX      77046-0307** | Line   **3.6**<br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.5   **Harris County**<br>**c/o John Dillman**<br>**PO Box3064**<br><br>**Houston          TX      77253-3064** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.6   **HARRIS COUNTY/CITY OF HOUSTON**<br>**C/O BANKRUPTCY DEPT**<br>**PO BOX 3064**<br><br>**HOUSTON          TX      77253-3064** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor    **Hy-Tech Plumbing Contractors, Inc.** _____    Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |

**4.7**    IRS
8701 S. GESSNER

HOUSTON          TX      77074

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.8**    IRS
PO BOX 149047

AUSTIN           TX      78714

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.9**    SECURITIES AND EXCHANGE
COMMISSION
450 FIFTH STREET NW

WASHINGTON       DC      20549

Line _____

☑ Not listed.  Explain:
**NOTICE ONLY**

__ __ __ __

**4.10**   SECURITIES AND EXCHANGE
COMMISSION
450 FIFTH STREET NW

WASHINGTON       DC      20549

Line _____

☑ Not listed.  Explain:
**NOTICE ONLY**

__ __ __ __

**4.11**   TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
111 E. 17TH STREET
AUSTIN, TX 78774-0100
Attn:  Bankruptcy Dept

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.12**   Texas Workforce Commission
PO Box 149037

Austin           TX      78714-9037

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.13**   The Law Office of Jordan Felton
PO Box 219307

Houston          TX      77218

Line  **3.11**

☐ Not listed.  Explain:

**0   1   4   9**

Debtor    **Hy-Tech Plumbing Contractors, Inc.**                                    Case number (if known) _____

**Part 3:**    **Additional Page for Others to Be Notified About Unsecured Claims**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.14 | **U.S. Attorney's Office** <br> **Southern District of Texas** <br> **1000 Louisiana, Ste. 2300** <br><br> **Houston          TX      77002** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.15 | **UNITED STATES TRUSTEE** <br> **515 Rusk Avenue, Ste. 3516** <br><br><br> **Houston          TX      77002** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor __**Hy-Tech Plumbing Contractors, Inc.**_____    Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$624,956.28** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$624,956.28** |

**Fill in this information to identify the case:**

Debtor name          **Hy-Tech Plumbing Contractors, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number          _____          Chapter ____**11**____
(if known)

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries
consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property*
       (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

    **State the name and mailing address for all other
    parties with whom the debtor has an executory
    contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Master Sales Agreement Contract to be ASSUMED** | **Ferguson** |
|---|---|---|---|
| | | | **21250 Foster Rd** |
| | | | **Spring, TX** |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **Rental Contract to be ASSUMED** | **Harvey Resources, LLC** |
| | | | **3614 Hirschfield Rd** |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | **Spring                TX        77373** |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | **John Deere Excavator Contract to be ASSUMED** | **JOHN DEERE CREDIT** |
| | | | **PO BOX 6600** |
| | State the term remaining | _____ | |
| | List the contract number of any government contract | _____ | **Johnson                IA        50131-6600** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Hy-Tech Plumbing Contractors, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>SOUTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an
   amended filing

Official Form 206H

## Schedule H: Codebtors                                                      12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries
consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules
that apply:* |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor Name  **Hy-Tech Plumbing Contractors, Inc.**

United States Bankruptcy Court for the:  **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

| **Part 1:** | **Summary of Assets** |
| --- | --- |

**1.**  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

1a.  **Real property:**
Copy line 88 from Schedule A/B............................................................................................ | **$0.00**

1b.  **Total personal property:**
Copy line 91A from Schedule A/B.......................................................................................... | **$167,294.24**

1c.  **Total of all property:**
Copy line 92 from Schedule A/B............................................................................................. | **$167,294.24**

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

**2.**  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D........ | **$31,117.03**

**3.**  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

3a.  **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of Schedule E/F.............................................. | **$0.00**

3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F..................... | **+  $624,956.28**

**4.**  **Total liabilities**
Lines 2 + 3a + 3b............................................................................................................... | **$656,073.31**

02/11/2019 10:47:24am

---

**Fill in this information to identify the case and this filing:**

Debtor Name        **Hy-Tech Plumbing Contractors, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

---

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐  Amended Schedule

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **02/11/2019**              X **/s/ Roy Harvey**
       MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                     **Roy Harvey**
                                       Printed name

                                     **President**
                                       Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Hy-Tech Plumbing Contractors, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any
additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1.  **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
| --- | --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From | **09/01/2018**<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$94,264.83** |
| **For prior year:** | From | **09/01/2017**<br>MM / DD / YYYY | to | **08/31/2018**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$3,105,812.00** |
| **For the year before that:** | From | **09/01/2016**<br>MM / DD / YYYY | to | **08/31/2017**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$3,969,550.00** |

2.  **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from
lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3.  **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days
before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be
adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- | --- |
| 3.1. | **Capital Premium**<br>Creditor's name<br>**PO Box 660899**<br>Street<br><br>**Dallas**          **TX**    **75266**<br>City                State    ZIP Code | **10/17/18**<br>**$3636.37**<br>**11/19/18**<br>**$3559.18** | **$7,195.55** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Insurance** |

Debtor    **Hy-Tech Plumbing Contractors, Inc.**
          Name                                                              Case number (if known) _____

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

3.2.  **Farmers**                 **10/17/18**   **$10,918.02**
      Creditor's name             **$992.76**
      **PO Box 2527**             **10/30/18**
      Street                      **$1522.38**
                                  **11/30/18**
      **Grand Rapids**  **MI**  **49501-2527**  **$1480.43**
      City          State   ZIP Code            **11/30/18**
                                                **$6922.45**

Reasons for payment or transfer *Check all that apply*
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   **Insurance**

3.3.  **Harvey Resources, LLC**    **Monthly**   **$4,958.80**
      Creditor's name              **$1,239.70**
      **3614 Hirschfield Rd**
      Street

      **Spring**   **TX**   **77373**
      City       State   ZIP Code

Reasons for payment or transfer *Check all that apply*
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other   **Rent**

3.4.  **American Express**    **1/3/2019**   **$8,443.93**
      Creditor's name
      **PO Box 7863**
      Street

      **FT. Lauderdale**   **FL**   **33329-7863**
      City              State   ZIP Code

Reasons for payment or transfer *Check all that apply*
- ☐ Secured debt
- ☑ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☐ Other   _____

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

Debtor      **Hy-Tech Plumbing Contractors, Inc.**                                          Case number (if known) _____
            Name

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Part 3: | Legal Actions or Assignments |

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☑ None

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Part 4: | Certain Gifts and Charitable Contributions |

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Part 5: | Certain Losses |

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Part 6: | Certain Payments or Transfers |

**11.   Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

|  | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Cooper & Scully, P.C.** | **Attorney Fees: $15,000.00**<br>**Court Filing Fee: $1,717.00** | **10/19/2018** | **$15,000.00** |
|  | **Address** |  |  |  |
|  | **815 Walker St., Suite 1040**<br>Street |  |  |  |
|  | **Houston**          **TX**     **77002**<br>City                    State    ZIP Code |  |  |  |
|  | **Email or website address**<br>**www.cooperscully.com** |  |  |  |
|  | **Who made the payment, if not debtor?**<br>_____ |  |  |  |

Debtor    **Hy-Tech Plumbing Contractors, Inc.**                              Case number (if known) _____
          Name

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

    Does the debtor have a privacy policy about that information?
    ☐ No.
    ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
    ☐ No.  Go to Part 10.
    ☐ Yes.  Fill in below:

02/11/2019 10:47:25am

Debtor  **Hy-Tech Plumbing Contractors, Inc.**                          Case number (if known)  _____
        Name

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Jessie Harvey**<br>Name | **3614 Hirschfield Rd** | **1 desk, 3 2-drawer file cabinets, 2 bookshelves,** | **$150.00** |
| **5818 Evening Shadows Ln**<br>Street | **Spring        TX    77373** | | |
| **Spring        TX    77373**<br>City            State   ZIP Code | | | |
| Owner's name and address | Location of the property | Description of the property | Value |
| **Roy Harvey**<br>Name | **3614 Hirschfield Rd** | **2 laptops, 1 printer/copier, 1 desk, 1 office chair and 1 2-drawer file cabinet** | **$1,000.00** |
| **2622 Park Spring Ln**<br>Street | **Spring        TX    77373** | | |
| **Spring        TX    77373**<br>City            State   ZIP Code | | | |
| Owner's name and address | Location of the property | Description of the property | Value |
| **William Folsom**<br>Name | **3614 Hirschfield Rd** | **2 guest chairs and 1 desktop computer** | **$500.00** |
| **19327 Dianeshire**<br>Street | **Spring        TX    77373** | | |
| **Spring        TX    77388**<br>City            State   ZIP Code | | | |

---

02/11/2019 10:47:25am

Debtor    **Hy-Tech Plumbing Contractors, Inc.**                    Case number (if known) _____
          Name

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
    Include settlements and orders.

    ☑ No
    ☐ Yes.  Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No
    ☐ Yes.  Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

    ☑ No
    ☐ Yes.  Provide details below.

## Part 13:    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

    ☐ None

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| 25.1. **Hy-Tech Plumbing Contractors, Inc** <br> Name <br> **3614 Hirschfield Rd** <br> Street <br><br> **Spring**   **TX**   **77373** <br> City   State   ZIP Code | **Plumbing** | Do not include Social Security number or ITIN. <br><br> EIN: **7** – **6** – **0** **1** **6** **3** **7** **6** **5** <br><br> **Dates business existed** <br><br> From   **1985**   To   **Present** |

26. **Books, records, and financial statements**

    26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Kimberly Scott** <br> Name <br> **1010 Spring Cypress** <br> Street <br><br> **Spring**   **TX**   **77373** <br> City   State   ZIP Code | From   **4/16/2016**   To   **Present** |

Debtor   **Hy-Tech Plumbing Contractors, Inc.**                                Case number (if known) _____
Name

| | Name and address | | | Dates of service |
|---|---|---|---|---|

26a.2.   **Donald Freeman** _____   From _____ To **2016** _____
Name
**6518 Tico Drive** _____
Street

_____

**Houston**                        **TX**        **77083**
City                              State        ZIP Code

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial
statement within 2 years before filing this case.

☑ None

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address**                                    **If any books of account and records are unavailable, explain why**

26c.1.   **Donald Freeman**
Name
**6518 Tico Drive**
Street

_____

**Houston**                        **TX**        **77083**
City                              State        ZIP Code

**Name and address**                                    **If any books of account and records are unavailable, explain why**

26c.2.   **Kimberly Scott**
Name
**1010 Spring Cypress**
Street

_____

**Spring**                         **TX**        **77373**
City                              State        ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a
financial statement within 2 years before filing this case.

☑ None

**27.   Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes.   Give the details about the two most recent inventories.

**28.   List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders,
or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Roy Harvey** | **2622 Park Spring Ln**<br>**Spring, TX 77373** | **President** | **100%** |
| **Jessie Harvey** | **5818 Evening Shadows Ln**<br>**Spring, TX 77373** | **Vice President** | |
| **Michael Harvey** | **5818 Evening Shadows Drive**<br>**Spring, TX 77373** | **Treasurer** | |

Debtor     **Hy-Tech Plumbing Contractors, Inc.**                                    Case number (if known) _____
           Name

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Roy Harvey**<br>Name<br>**2622 Park Spring Ln**<br>Street<br><br>**Spring          TX     77373**<br>City          State    ZIP Code<br><br>**Relationship to debtor**<br>**President** | **Salary**<br>**$71,300.00** | **12/2017-**<br>**$6,500**<br>**1/18-**<br>**current**<br>**$64,800** | **Compensation** |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Michael Harvey**<br>Name<br>**5818 Evening Shadow Drive**<br>Street<br><br>**Spring          TX     77373**<br>City          State    ZIP Code<br><br>**Relationship to debtor** | **Salary**<br>**$35,750.00** | **12/2017-**<br>**$3,250**<br>**1/18-**<br>**current**<br>**$32,500** | **Compensation** |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **Jessie Harvey**<br>Name<br>**5818 Evening Shadows Ln**<br>Street<br><br>**Spring          TX     77373**<br>City          State    ZIP Code<br><br>**Relationship to debtor** | **Salary**<br>**$33,550.00** | **12/2017-**<br>**$3,050**<br>**1/18-**<br>**current**<br>**$30,500** | **Compensation** |

Debtor    **Hy-Tech Plumbing Contractors, Inc.**                    Case number (if known) _____
          _____
          Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.4. **Jessie Harvey** <br> Name <br> **5818 Evening Shadows Ln** <br> Street <br><br> **Spring          TX    77373** <br> City          State   ZIP Code <br><br> **Relationship to debtor** | **Xmas Bonus** <br> **$500.00** | **12/17-** <br> **Bonus$500** | **Bonus** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.5. **Michael Harvey** <br> Name <br> **5818 Evening Shadow Drive** <br> Street <br><br> **Spring          TX    77373** <br> City          State   ZIP Code <br><br> **Relationship to debtor** | **Xmas Bonus** <br> **$500.00** | **12/17-** <br> **Bonus$500** | **Bonus** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.6. **Roy Harvey** <br> Name <br> **2622 Park Spring Ln** <br> Street <br><br> **Spring          TX    77373** <br> City          State   ZIP Code <br><br> **Relationship to debtor** <br> **President** | **Xmas Bonus** <br> **$2,000.00** | **12/17-** <br> **Bonus** <br> **$2,000** | **Bonus** |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

Debtor  **Hy-Tech Plumbing Contractors, Inc.**                                  Case number (if known) _____
              Name

**Part 14:    Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **02/11/2019**
                    MM / DD / YYYY

**X** **/s/ Roy Harvey**                                                          Printed name  **Roy Harvey**
        Signature of individual signing on behalf of the debtor

        Position or relationship to debtor  **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re  **Hy-Tech Plumbing Contractors, Inc.**

Case No. _____

Chapter   **11**   _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept...........................Hourly: Estimated Total  __**$45,000.00**__

Prior to the filing of this statement I have received........................................................  __**$15,000.00**__

Balance Due...........................................................................Hourly: Approximately  __**$30,000.00**__

2. The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| __02/11/2019__ | __/s/ Julie M. Koenig__ | |
|---|---|---|
| *Date* | *Julie M. Koenig* | Bar No.  14217300 |
| | Cooper & Scully, P.C. | |
| | 815 Walker St., Suite 1040 | |
| | Houston, TX 77002 | |
| | Phone: (713) 236-6800 / Fax: (713) 236-6880 | |

---

**/s/ Roy Harvey**

*Roy Harvey*
*President*

**Fill in this information to identify the case:**

Debtor name   **Hy-Tech Plumbing Contractors, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Texas Plumbing Supply 14025 FM 529 Houston, TX 77041 | | Business Account | | | | $215,635.02 |
| 2 Northside Plumbing Supply, Inc 9605 Kirkton Drive Houston, TX 77095 | | Business Account | | | | $127,547.09 |
| 3 Hajoca 100 Northpark Central Suite 500 Houston, TX 77073-6138 | | Business Account | | | | $123,063.22 |
| 4 Capital Premium PO Box 660899 Dallas, TX 75266 | | Insurance | | | | $49,334.50 |
| 5 Morrison Supply Company 516 South Main Street Conroe, TX 77301-3556 | | Business Account | | | | $34,588.79 |

02/11/2019 10:47:26am

Debtor **Hy-Tech Plumbing Contractors, Inc.**                    Case number (if known) _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 Moore Supply Co 300 North Loop 336 West Conroe, TX 77301 | | Business Account | | | | $27,249.25 |
| 7 Capital One PO Box 60599 City of Industry, CA 91716 | | Business Account | | | | $14,500.00 |
| 8 Chase PO Box 15298 Wilmington, DE 19850-5918 | | Business Account | | | | $13,239.87 |
| 9 Royal Baths Manufacturing Co. 14635 Chrisman Rd Houston, TX 77039 | | Business Account | | | | $7,917.64 |
| 10 Ferguson 21250 Foster Rd Spring, TX | | Business Account | | | | $6,916.91 |
| 11 Coburn's Supply Company, Inc PO Box 99001 Denham Springs, LA 70727-9001 | | Business Account | | | | $4,963.99 |
| 12 Internal Revenue Service STOP 6692 AUSC Austin, TX 73301-0030 | | Taxes | | | | $0.00 |
| 13 Internal Revenue Service Insolvency Department PO Box 7346 Philadelphia, PA 19101-7346 | | Taxes | | | | $0.00 |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**

Debtor   **Hy-Tech Plumbing Contractors, Inc.**                            Case number (if known) _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 14  Internal Revenue Service 1919 Smith St. Stop 5024 HOU Houston, TX 77002 | | Taxes | | | | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Hy-Tech Plumbing Contractors, Inc.**                    CASE NO

                                                                                    CHAPTER    **11**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  2/11/2019 _____                    Signature  **/s/ Roy Harvey** _____
                                                                                    **Roy Harvey**
                                                                                    **President**


Date _____                    Signature _____

Ally Financial
PO Box 380902
Bloomington, MN 55438-0902


Amegy Bank
P.O. Box 27459
Houston, Texas 77227-7459


Attorney General
Department of Justice
10th and Constitution Ave N.W.
Rm. 400
Washington, D.C. 20530

ATTORNEY GENERAL
TAX DIV. - BANKRUPTCY
POB 12548
AUSTIN, TX  78711


Capital One
PO Box 60599
City of Industry, CA 91716


Capital Premium
PO Box 660899
Dallas, TX 75266


Chase
PO Box 15298
Wilmington, DE 19850-5918


Coats Rose
9 Greenway, Sutie 1100
Houston, TX 77046-0307


Coburn's Supply Company, Inc
PO Box 99001
Denham Springs, LA 70727-9001

Ferguson
21250 Foster Rd
Spring, TX


Hajoca
100 Northpark Central
Suite 500
Houston, TX 77073-6138


Harris County
c/o John Dillman
PO Box3064
Houston, TX  77253-3064


HARRIS COUNTY/CITY OF HOUSTON
C/O BANKRUPTCY DEPT
PO BOX 3064
HOUSTON, TX  77253-3064


Harvey Resources, LLC
3614 Hirschfield Rd
Spring, TX 77373


Internal Revenue Service
1919 Smith St.
Stop 5024 HOU
Houston, TX 77002


Internal Revenue Service
Insolvency Department
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
STOP 6692 AUSC
Austin, TX 73301-0030


IRS
PO BOX 149047
AUSTIN, TX  78714

```
IRS
8701 S. GESSNER
HOUSTON, TX  77074


JOHN DEERE CREDIT
PO BOX 6600
Johnson, IA 50131-6600


Moore Supply Co
300 North Loop 336 West
Conroe, TX 77301


Morrison Supply Company
516 South Main Street
Conroe, TX 77301-3556


Northside Plumbing Supply, Inc
9605 Kirkton Drive
Houston, TX 77095


Royal Baths Manufacturing Co.
14635 Chrisman Rd
Houston, TX 77039


SECURITIES AND EXCHANGE
COMMISSION
450 FIFTH STREET NW
WASHINGTON, DC 20549


TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
111 E. 17TH STREET
AUSTIN, TX 78774-0100
Attn:  Bankruptcy Dept


Texas Plumbing Supply
14025 FM 529
Houston, TX 77041
```

```
Texas Workforce Commission
PO Box 149037
Austin, Texas  78714-9037



The Law Office of Jordan Felton
PO Box 219307
Houston, TX 77218



U.S. Attorney's Office
Southern District of Texas
1000 Louisiana, Ste. 2300
Houston, TX 77002


UNITED STATES TRUSTEE
515 Rusk Avenue, Ste. 3516
Houston, Texas 77002
```

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:                                                          CHAPTER   **11**

**Hy-Tech Plumbing Contractors, Inc.**


DEBTOR(S)                                                       CASE NO


## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Roy Harvey 2622 Park Spring Ln Spring, TX 77373 | Common Stock | 100% | |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**President**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:__**2/11/2019**_____         Signature:__**/s/ Roy Harvey**_____
                                                                            *Roy Harvey*
                                                                            **President**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re: **Hy-Tech Plumbing Contractors, Inc.**

CASE NO

CHAPTER    **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income for 12 Months Prior to Filing:         **$3,073,592.46**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:         **$60,000.00**

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor): | **$14,800.00** |
| 4. Payroll Taxes: | **$3,200.00** |
| 5. Unemployment Taxes: | **$0.00** |
| 6. Worker's Compensation: | **$1,420.75** |
| 7. Other Taxes: | **$0.00** |
| 8. Inventory Purchases (including raw materials): | **$3,200.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray: | **$0.00** |
| 10. Rent (other than debtor's principal residence): | **$1,239.70** |
| 11. Utilities: | **$525.00** |
| 12. Office Expenses and Supplies: | **$450.00** |
| 13. Repairs and Maintenance: | **$500.00** |
| 14. Vehicle Expenses: | **$581.00** |
| 15. Travel and Entertainment: | **$3,000.00** |
| 16. Equipment Rental and Leases: | **$0.00** |
| 17. Legal/Accounting/Other Professional Fees: | **$450.00** |
| 18. Insurance: | **$6,711.22** |
| 19. Employee Benefits (e.g., pension, medical, etc.): | **$0.00** |
| 20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify): | **None** |
| 21. Other (Specify): | |
|     **Subcontractors** | **$20,000.00** |
| 22. Total Monthly Expenses (Add items 3 - 21) | **$56,077.67** |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2):         **$3,922.33**